IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,

       vs.

CARLOS GARCIA-EVANS,

            Defendant.

:
:
:       Case No.   3:03cr162
:
:       JUDGE WALTER H. RICE
:

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF
PROBATION, REVOKING SAME AND IMPOSING SENTENCE, WITH A
PERIOD OF SUPERVISED RELEASE TO FOLLOW UPON STATED
CONDITIONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD;
TERMINATION ENTRY

---

On April 11, 2017, the Defendant, having previously been found in violation of his

Probation which began December 21, 2004, appeared in open Court for final disposition.

Pursuant to the record made on the aforesaid April 11, 2017, the Defendant's Probation was

revoked and he was remanded to the custody of the Attorney General of the United States, the

Bureau of Prisons, for a period of six months, with credit for all allowable pre-sentence jail time

served from March 2, 2017. The aforesaid six month sentence is to be followed by a four year

period of supervised release, upon the conditions that he discharge any and all undischarged

conditions of Probation imposed on December 21, 2014.

     As to whether the Defendant spends the remainder of his six month sentence in a County

Jail facility or in a Bureau of Prisons facility, this Court relies upon the discretion of the Bureau

of Prisons. Should the Bureau determine to place Defendant in a BOP institution, it is the Court's

request that he be incarcerated as close to his home in the New York, New York, area as is possible consistent with his security status.

The Court requests that Defendant's supervised release, both supervision and jurisdiction, be transferred from the Southern District of Ohio, to the Southern District of New York.

Following the above, the Defendant's right of appeal was explained and he indicated an understanding of same.

Neither counsel for the Defendant nor for the Government voiced any procedural or substantive objections to this Court's sentence.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

April 18, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Laura Sebulsky, U.S. Probation Officer